FILED
2010 AUG 16 PM 2:57
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

#150777

In re:                                                     CHAPTER 7 CASE NO. 08-18780

FRED D. LIPP                              JUDGE RANDOLPH BAXTER
JANET L. LIPP

        Debtor(s)

ck# 1012

## TRANSMITTAL OF UNCLAIMED FUNDS

       WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

      1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are set forth on the attachment hereto.

       Federal Home Mortgage Corp. (Claim No. 1)

       Jones Branch Dr.

       Mailstop 202

       McLean, VA 22120

       Replaces Ck. No. 1004 dated 4/1/10

       Amount: $3,113.61

      2. Your Trustee's Check No. 1012 for $3,113.61 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

      3. Nothing further remains to be done in this case.

DATE:

                                                          WALDEMAR J. WOJCIK, Trustee
                                                          526 Superior Avenue, Suite 1030
                                                          Cleveland, OH 44114
                                                          (216) 241-2628

Per 11 U.S.C. 347(a)